■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SHAW, Appellant.—Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on February 24, 1986, unanimously affirmed. Motion by appellant for leave to include certain exhibits in the record on appeal denied. No opinion. Concur—Milonas, J. P., Kassal, Ellerin and Wallach, JJ.

■ PEOPLE v LUIS TEJADA.—Motion for reargument of this court's order (143 AD2d 51) entered on August 18, 1988 granted insofar as to (1) limit reargument solely to *Brady* issue, and (2) direct both sides to submit respective briefs on that issue only, and this court's reconsideration of its decision held in abeyance, all as indicated; the aforesaid order entered on August 18, 1988 vacated. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.